JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY CAPELL, | ) Case No. 2:25-cv-01913-MBK |
| Plaintiff, | ) [PROPOSED] |
| vs. | ) **JUDGMENT** |
| FRANK BISIGNANO, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 6/13/2025     _____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE